**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6310**

JACK EARL VANCE,

              Plaintiff - Appellant,

        v.

LLOYD WILLIAM LIGHTNER, SR.,

              Defendant - Appellee,

        and

WILLIAM LIGHTNER,

              Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:16-cv-12296)

Submitted:  September 26, 2019                    Decided:  September 30, 2019

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jack Earl Vance, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Earl Vance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Vance's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Vance v. Lightner*, No. 1:16-cv-12296 (S.D.W. Va. Feb. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*